1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ADAM COTTONHAM,              )
                                  )
            Plaintiff(s),         )      No. C 07-5081 VRW (PR)
                                  )
      vs.                         )      ORDER OF DISMISSAL
                                  )
SAN FRANCISCO SUPREME             )      (Doc # 2)
COURTS DEP'T 9 & 26, et al,       )
                                  )
            Defendant(s).         )
                                  )
_____ )

        This civil rights action by a prisoner was filed on October 3, 2007.  The

court notified plaintiff in writing at that time that the action was deficient because

plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed

and completed court-approved in forma pauperis application, including a

completed certificate of funds in the prisoner's account and a copy of the

prisoner's trust account statement for the last six months.  See 28 USC §

1915(a)(2).  Plaintiff was advised that failure to file the requested items within 30

days would result in dismissal of the action.

        More than 40 days have elapsed; however, plaintiff has not provided the

court with the requisite items, or sought an extension of time to do so.  Plaintiff's

incomplete in forma pauperis application (doc # 2) is DENIED and the action is

DISMISSED without prejudice.

        The clerk shall close the file and terminate all pending motions as moot.

        SO ORDERED.

                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge