IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ADAM COTTONHAM, ) | |
| ) | |
| Plaintiff(s), ) | No. C 07-5081 VRW (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| SAN FRANCISCO SUPREME ) | (Doc # 2) |
| COURTS DEP'T 9 & 26, et al, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This civil rights action by a prisoner was filed on October 3, 2007. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (doc # 2) is DENIED and the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge