UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARK A COTTONHAM,

          Plaintiff,

  v.

SAN FRANCISCO SUPREME COURTS et al,

          Defendant.

                         /

Case Number: C07-5081 VRW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Mark Adam Cottonham 2326138 and  377495
County Jail #2
850 Bryant Street
San Francisco, CA 94124

Dated: November 20, 2007

                         Richard W. Wieking, Clerk
                         By: Cora Klein, Deputy Clerk

                              *Cora Klein*